**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | THOMAS WARING | : | CHAPTER 13 |
| | LEE ANNE WARING | : | |
| | Debtors | : | BANKRUPTCY NO. 19-16193 |

**CERTIFICATE OF SERVICE AND**
**CERTIFICATION OF NO RESPONSE**

    I, Paul H. Young, Esquire, attorney for Debtor, do hereby certify the following:

    1.    I served by facsimile and/or first-class mail on **October 3, 2019**, a true and correct copy of Debtor's Motion to Extend the Automatic Stay and Notice of Motion, Response Deadline and Hearing Date on the U.S. Trustee, Trustee and all creditors on matrix.

    2.    I have not received a responsive pleading from any party or answers within the time period provided by the Rules of Court.

    WHEREFORE, it is respectfully requested that this Honorable Court enter the proposed Order attached to the Motion to Extend the Automatic Stay.

    /s/Paul H. Young
    Paul H. Young, Esquire
    Attorney for Debtor
    3554 Hulmeville Rd., Ste. 102
    Bensalem, PA 19020
    (215) 639-5297
    Fax: (215) 639-1344
    support@ymalaw.com