## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  **THOMAS WARING**                :              **CHAPTER 13**
       **LEEANNE WARING**              :
       **Debtors**                               :              **NO. 19-16193**

## ORDER

AND NOW, this   23rd   day of   October   , 2019, upon consideration of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtors, it is hereby **ORDERED** that the Debtors are **GRANTED until October 31, 2019** in which to file the Debtors' Schedules, Statement of Affairs, Form B22C, Chapter 13 Plan, and two months income information.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**