United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-16193-elf
Thomas Waring                                                           Chapter 13
Lee Anne Waring
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: John              Page 1 of 2               Date Rcvd: Oct 28, 2019
                              Form ID: pdf900         Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2019.
```
db/jdb         +Thomas Waring,    Lee Anne Waring,    1635 Alpine Drive,    Pen Argyl, PA 18072-9742
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14398095       +Aes/suntrust,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
14398096       +Aes/suntrust,    Po Box 61047,    Harrisburg, PA 17106-1047
14398098       +Apex Asset,    2501 Oregon Pike,    Lancaster, PA 17601-4890
14398097       +Apex Asset,    2501 Oregon Pike Ste,    Lancaster, PA 17601-4890
14407502       +Chrysler Capital,    P.O. Box 961275,    Fort Worth, TX 76161-0275
14398105       +Citibank/Best Buy,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
14398104       +Citibank/Best Buy,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
14398108       +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14398109       +FedLoan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
14398111       +Jn Portfolio Debt Equities, LLC,    5757 Phantom Dr Ste 225,    Hazelwood, MO 63042-2429
14398110       +Jn Portfolio Debt Equities, LLC,    Attn: Bankruptcy,    5757 Phantom Dr. Ste 225,
                 Hazelwood, MO 63042-2429
14398114       +Lendmark Financial Services,    1735 North Brown Road,    Suite 300,
                 Lawrenceville, GA 30043-8228
14403231       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    C/O KML Law Group,    701 Market Street Suite 5000,
                 Philadelphia, PA. 19106-1541
14398120       +PHEAA/HCB,    Attn: Bankruptcy,    1200 North 7th St,    Harrisburg, PA 17102-1444
14398121       +PHEAA/HCB,    Po Box 61047,    Harrisburg, PA 17106-1047
14398119       +Pacific Union Financial,    1603 Lbj Fwy Ste 500,    Farmers Branch, TX 75234-6071
14398118       +Pacific Union Financial,    Attn: Bankruptcy,    1603 Lbj Freeway, Suite 500,
                 Farmers Branch, TX 75234-6071
14398124       +RMP Greensburg,    Attn: Bankruptcy Dept,    Po Box 349,    Greensburg, IN 47240-0349
14398125       +RMP Greensburg,    1809 N Broadway St,    Greensburg, IN 47240-8217
14398126       +Santander Consumer USA,    5201 Rufe Snow Drive,    Suite 400,
                 North Richland Hills, TX 76180-6036
14398127       +Santander Consumer USA,    Po Box 961275,    Fort Worth, TX 76161-0275
14398131       +TekCollect Inc,    871 Park St,    Columbus, OH 43215-1441
14398130       +TekCollect Inc,    Po Box 1269,    Columbus, OH 43216-1269
14398133       +Wind Gap Municipal Authority,    John Molnar, Esquire,    6697 Sullivan Trail,
                 Wind Gap, PA 18091-9790
14398132      #+Wind Gap Municipal Authority,    The Molnar Law Offices,    Routes 33 & 512,
                 6697 Sullivan Trail,    Wind Gap, PA 18091-9790
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 29 2019 03:12:47
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 29 2019 03:12:53      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14398099       +E-mail/Text: legal@blirentals.com Oct 29 2019 03:12:36      BLI Rentals, LLC,    PO Box 992,
                 Emporia, KS 66801-0992
14398101        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 29 2019 03:08:57       Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
14398103        E-mail/Text: bankruptcy@cavps.com Oct 29 2019 03:12:52      Cavalry Portfolio Services,
                 Po Box 27288,    Tempe, AZ 85285
14398100       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 29 2019 03:10:03       Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14401523       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 29 2019 06:27:26
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14398102       +E-mail/Text: bankruptcy@cavps.com Oct 29 2019 03:12:52      Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
14399837       +E-mail/Text: bankruptcy@cavps.com Oct 29 2019 03:12:52      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14398107        E-mail/Text: mrdiscen@discover.com Oct 29 2019 03:12:33      Discover Financial,    Po Box 15316,
                 Wilmington, DE 19850
14398106       +E-mail/Text: mrdiscen@discover.com Oct 29 2019 03:12:33      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
14398112       +E-mail/Text: bncnotices@becket-lee.com Oct 29 2019 03:12:35      Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
14398113       +E-mail/Text: bncnotices@becket-lee.com Oct 29 2019 03:12:35      Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
14398115        E-mail/Text: ktramble@lendmarkfinancial.com Oct 29 2019 03:12:31
                 Lendmark Financial Services,    2118 Usher St Nw,    Covington, GA 30014
14398117       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 29 2019 03:12:48      Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
```

```
District/off: 0313-4          User: John                 Page 2 of 2                   Date Rcvd: Oct 28, 2019
                              Form ID: pdf900            Total Noticed: 53

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14398116       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 29 2019 03:12:48      Midland Funding,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
14398123        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 29 2019 03:09:28
                 Portfolio Recovery,    120 Corporate Blvd Ste 1,   Norfolk, VA 23502
14398122        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 29 2019 03:08:58
                 Portfolio Recovery,    Po Box 41067,   Norfolk, VA 23541
14401472        E-mail/Text: bnc-quantum@quantum3group.com Oct 29 2019 03:12:40
                 Quantum3 Group LLC as agent for,    JH Met Subsidiary B Liquidating Trust LL,    PO Box 788,
                 Kirkland, WA 98083-0788
14398129        E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Oct 29 2019 03:12:37
                 State Farm Bank,    Attn Credit Reporting,    Bloomington, IL 61702
14398128       +E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Oct 29 2019 03:12:37
                 State Farm Bank,    Attn: Bankrupcty,    Po Box 2327,   Bloomington, IL 61702-2327
14406518        E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Oct 29 2019 03:12:38
                 State Farm Bank, FSB,    Attn: Bankruptcy Dept.,    PO Box 2328,   Bloomington, IL 61702-2328
                                                                                              TOTAL: 22

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 28, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Joint Debtor Lee Anne  Waring support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              PAUL H. YOUNG    on behalf of Debtor Thomas  Waring support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 5
```

# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: THOMAS WARING | : | CHAPTER 13 |
| LEE ANNE WARING | : | |
| Debtors | : | BANKRUPTCY NO. 19-16193 |

## ORDER

**AND NOW**, upon consideration of the Debtor(s)' Motion to Extend the Automatic Stay under 11 U.S.C. § 362(c)(3)(B) ("the Motion"), and after notice and hearing, and there being no opposition to the Motion,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

Date: 10/25/19

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE