UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: *Thomas Waring and*     :     *Case No. 19-16193-ref*
       *Lee Anne Waring*

                                             :     *Chapter 13*

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John Molnar, Esquire, Solicitor and authorized agent of Wind Gap Municipal Authority, a creditor in the above-captioned Chapter 13 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109)b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. ( as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically of otherwise, on:

John Molnar, Esquire
Solicitor for Wind Gap Municipal Authority
31 West First Street
Wind Gap, PA 18091

Dated: November 27, 2019

By: _____
John Molnar, Esquire
The Molnar Law Offices
31 West First Street
  Wind Gap PA 18091
610-863-3200
Attorney I.D. No.: 21425
Attorney for Wind Gap Municipal Authority