United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Thomas Waring  
Lee Anne Waring  
    Debtors

Case No. 19-16193-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: SaraR      Page 1 of 2      Date Rcvd: Dec 09, 2019
                        Form ID: 152      Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2019.

```
db/jdb         +Thomas Waring,    Lee Anne Waring,    1635 Alpine Drive,    Pen Argyl, PA 18072-9742
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +Wind Gap Municipal Authority,    16 South Broadway,    Suite 3,    Wind Gap, PA 18091-1431
14398095       +Aes/suntrust,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
14398096       +Aes/suntrust,    Po Box 61047,    Harrisburg, PA 17106-1047
14398098       +Apex Asset,    2501 Oregon Pike,    Lancaster, PA 17601-4890
14398097       +Apex Asset,    2501 Oregon Pike Ste,    Lancaster, PA 17601-4890
14419809        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14407502       +Chrysler Capital,    P.O. Box 961275,    Fort Worth, TX 76161-0275
14398105       +Citibank/Best Buy,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
14398104       +Citibank/Best Buy,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
14426247        ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
14398108       +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14398109       +FedLoan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
14398111       +Jn Portfolio Debt Equities, LLC,    5757 Phantom Dr Ste 225,    Hazelwood, MO 63042-2429
14398110       +Jn Portfolio Debt Equities, LLC,    Attn: Bankruptcy,    5757 Phantom Dr. Ste 225,
                 Hazelwood, MO 63042-2429
14398114       +Lendmark Financial Services,    1735 North Brown Road,    Suite 300,
                 Lawrenceville, GA 30043-8228
14403231       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    C/O KML Law Group,    701 Market Street Suite 5000,
                 Philadelphia, PA. 19106-1541
14426795       +Nationstar Mortgage LLC dba Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
14398120       +PHEAA/HCB,    Attn: Bankruptcy,    1200 North 7th St,    Harrisburg, PA 17102-1444
14398121       +PHEAA/HCB,    Po Box 61047,    Harrisburg, PA 17106-1047
14398119       +Pacific Union Financial,    1603 Lbj Fwy Ste 500,    Farmers Branch, TX 75234-6071
14398118       +Pacific Union Financial,    Attn: Bankruptcy,    1603 Lbj Freeway, Suite 500,
                 Farmers Branch, TX 75234-6071
14398127       +Santander Consumer USA,    Po Box 961275,    Fort Worth, TX 76161-0275
14398126       +Santander Consumer USA,    5201 Rufe Snow Drive,    Suite 400,
                 North Richland Hills, TX 76180-6036
14398131       +TekCollect Inc,    871 Park St,    Columbus, OH 43215-1441
14398130       +TekCollect Inc,    Po Box 1269,    Columbus, OH 43216-1269
14433471       +Wind Gap Municipal Authority,    John Molnar, Esquire (Solicitor),    31 W. 1st Street, Unit,
                 Wind Gap, PA 18091-1515
14398133       +Wind Gap Municipal Authority,    John Molnar, Esquire,    6697 Sullivan Trail,
                 Wind Gap, PA 18091-9790
14398132      #+Wind Gap Municipal Authority,    The Molnar Law Offices,    Routes 33 & 512,
                 6697 Sullivan Trail,    Wind Gap, PA 18091-9790
14433428       +Wind Gap Municipal Authority,    c/o John Molnar, Esq.,    31 West First St.,
                 Wind Gap, PA 18091-1515
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 10 2019 03:37:39
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 10 2019 03:37:59     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14398099       +E-mail/Text: legal@blirentals.com Dec 10 2019 03:37:18     BLI Rentals, LLC,    PO Box 992,
                 Emporia, KS 66801-0992
14398101        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 10 2019 03:45:55     Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
14398103        E-mail/Text: bankruptcy@cavps.com Dec 10 2019 03:37:56     Cavalry Portfolio Services,
                 Po Box 27288,    Tempe, AZ 85285
14398100       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 10 2019 03:44:45     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14401523       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 10 2019 03:45:29
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14398102       +E-mail/Text: bankruptcy@cavps.com Dec 10 2019 03:37:56     Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
14399837       +E-mail/Text: bankruptcy@cavps.com Dec 10 2019 03:37:56     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14398107        E-mail/Text: mrdiscen@discover.com Dec 10 2019 03:37:11     Discover Financial,    Po Box 15316,
                 Wilmington, DE 19850
14398106       +E-mail/Text: mrdiscen@discover.com Dec 10 2019 03:37:11     Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
14398112       +E-mail/Text: bncnotices@becket-lee.com Dec 10 2019 03:37:13     Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
```

```
District/off: 0313-4          User: SaraR                  Page 2 of 2                  Date Rcvd: Dec 09, 2019
                              Form ID: 152                 Total Noticed: 61
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14398113      +E-mail/Text: bncnotices@becket-lee.com Dec 10 2019 03:37:14     Kohls/Capital One,
               N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-5660
14398115       E-mail/Text: ktramble@lendmarkfinancial.com Dec 10 2019 03:36:35     Lendmark Financial Services,    2118 Usher St Nw,   Covington, GA 30014
14398117      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 10 2019 03:37:45     Midland Funding,
               2365 Northside Dr Ste 30,   San Diego, CA 92108-2709
14398116      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 10 2019 03:37:45     Midland Funding,
               2365 Northside Dr Ste 300,   San Diego, CA 92108-2709
14420133      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 10 2019 03:37:45     Midland Funding LLC,
               PO Box 2011,   Warren, MI 48090-2011
14398123       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 10 2019 03:45:20
               Portfolio Recovery,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502
14398122       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 10 2019 03:45:56
               Portfolio Recovery,   Po Box 41067,   Norfolk, VA 23541
14427393       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 10 2019 03:44:46
               Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
14401472       E-mail/Text: bnc-quantum@quantum3group.com Dec 10 2019 03:37:25
               Quantum3 Group LLC as agent for,    JH Met Subsidiary B Liquidating Trust LL,    PO Box 788,
               Kirkland, WA 98083-0788
14398124      +E-mail/Text: EBN_Greensburg@Receivemorermp.com Dec 10 2019 03:38:26     RMP Greensburg,
               Attn: Bankruptcy Dept,   Po Box 349,   Greensburg, IN 47240-0349
14398125      +E-mail/Text: EBN_Greensburg@Receivemorermp.com Dec 10 2019 03:38:26     RMP Greensburg,
               1809 N Broadway St,   Greensburg, IN 47240-8217
14398129       E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Dec 10 2019 03:37:19
               State Farm Bank,   Attn Credit Reporting,   Bloomington, IL 61702
14398128      +E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Dec 10 2019 03:37:19
               State Farm Bank,   Attn: Bankrupcty,   Po Box 2327,   Bloomington, IL 61702-2327
14406518       E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Dec 10 2019 03:37:19
               State Farm Bank, FSB,   Attn: Bankruptcy Dept.,    PO Box 2328,   Bloomington, IL 61702-2328
                                                                                               TOTAL: 26

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2019                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 9, 2019 at the address(es) listed below:
```
              JOHN MOLNAR    on behalf of Creditor    Wind Gap Municipal Authority molnar@ptd.net,
               G25801@notify.cincompass.com
              KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Joint Debtor Lee Anne  Waring support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              PAUL H. YOUNG    on behalf of Debtor Thomas  Waring support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Thomas Waring and Lee Anne Waring
    Debtor(s)

Case No: 19−16193−elf
Chapter: 13

---

## NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Eric L. Frank

, United States Bankruptcy Court 1/23/20 at 10:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

23
Form 152