PA121-Slate Belt

Bio-Med Appl of Pennsylvania
781/699-9000
920 Winter Street
Waltham, MA 02451

Pay Rate: $17.64
Basis of Pay: Hourly
Pay Period: 08/25/2019 - 09/07/2019
Advice Date: 09/13/2019
Advice Number: 0013104400
Batch Number: 000000002736

Emplid: 3144206
Exemptions    Addl Amt    Addl %
Fed:   M-00
PA(W): N-00

LEEANNE WARING
1635 Alpine Dr
Pen Argyl, PA  18072

Total Hours Worked: 61.97
Employer ID # PA 1081 0968

| Earnings | Rate | Hours/Units | Amount | YTD |
|---|---|---|---|---|
| Regular | 17.6400 | 61.97 | 1093.15 | 18617.16 |
| PTO/VAC Hourly | 17.6402 | 20.93 | 369.21 | 1482.42 |
| Holiday 50% | 8.8198 | 12.32 | 108.66 | 108.66 |
| Holiday Diff 1 | | 0.00 | 0.00 | 19.07 |
| Disaster Pay | | 0.00 | 0.00 | 97.65 |
| Unschd PTO/VAC | | 0.00 | 0.00 | 1331.82 |
| ESL/SCK Hourly | | 0.00 | 0.00 | 784.98 |
| PTO/VAC Adjust | | 0.00 | 0.00 | 0.00 |
| ESL/SCK Adjust | | 0.00 | 0.00 | 0.00 |
| Evening Diff 7 | | 0.00 | 0.00 | 7.98 |
| Overtime | | 0.00 | 0.00 | 885.19 |
| Total Pay | | 82.90 | 1571.02 | 23334.93 |

Total hours excludes differentials and adjustments

| Deductions | Current | YTD |
|---|---|---|
| *Medical | 288.80 | 4087.01 |
| *Dental | 32.93 | 558.85 |
| *Spectera Vision | 7.55 | 135.24 |
| *Spouse Surcharge | 50.00 | 850.00 |
| Short Term Disabi | 14.64 | 259.26 |
| *401(k) | 78.55 | 1166.74 |
| 401K Loan | 26.04 | 422.52 |
| *Dental | 0.00 | 17.76 |

| Taxes | | |
|---|---|---|
| Fed Withholdng | 66.03 | 896.12 |
| Fed MED/EE | 17.30 | 256.72 |
| Fed OASDI/EE | 73.95 | 1097.68 |
| PA Unempl EE | 0.94 | 14.01 |
| PA Withholdng | 36.59 | 542.97 |
| PA Withholdng | 19.07 | 282.99 |
| PA LS Tax | 2.00 | 34.00 |
| Total Tax Deductions | 215.88 | 3124.49 |

Total Deductions  498.51   7497.38
Net Pay           856.63   12713.06
*Before Tax excluded from fed taxable wages
Fed Taxable Wages  1114.19   16537.79

**Employer Paid Benefits (**taxable)**
| Medical | 577.66 | 10998.13 |
|---|---|---|
| Dental | 14.11 | 267.68 |
| Employee Asst Pro | 0.42 | 7.98 |
| Basic Life | 3.66 | 68.75 |
| Basic Life** | 1.00 | 18.46 |
| Other Benefits | 6.30 | 119.14 |

**Leave Balance Summary**
| | Start | Earned | Taken | Adj | End |
|---|---|---|---|---|---|
| PTO | 52.59 | 138.45 | 160.48 | 4.62 | 35.18 |
| ESL | 30.80 | 23.10 | 44.50 | 0.77 | 10.17 |

| Deposit Type | Account | Amount |
|---|---|---|
| Deposit Checking | XXXXXX3862 | 856.63 |
| Net Check | | 0.00 |

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

Bio-Med Appl of Pennsylvania
781/699-9000
920 Winter Street
Waltham, MA  02451

Advice Number: 0013104400
Advice Date: 09/13/2019

Deposited to the account of
LEEANNE WARING

Account Number
Checking  XXXXXX3862

Amount
856.63

Total   856.63

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

PA121-Slate Belt

Bio-Med Appl of Pennsylvania
781/699-9000
920 Winter Street
Waltham, MA 02451

Pay Rate: $17.64
Basis of Pay: Hourly
Pay Period: 08/11/2019 - 08/24/2019
Advice Date: 08/30/2019
Advice Number: 0013039126
Batch Number: 000000002716

Emplid: 3144206
Exemptions  Addl Amt  Addl %
Fed: M-00
PA(W): N-00

LEEANNE WARING
1635 Alpine Dr
Pen Argyl, PA  18072

Total Hours Worked: 74.97
Employer ID # PA 1081 0968

| Earnings | Rate | Hours/Units | Amount | YTD |
|---|---|---|---|---|
| Regular | 17.6400 | 74.97 | 1322.47 | 17524.01 |
| Holiday Diff 1 | | 0.00 | 0.00 | 19.07 |
| Disaster Pay | | 0.00 | 0.00 | 97.65 |
| Unschd PTO/VAC | | 0.00 | 0.00 | 1331.82 |
| ESL/SCK Hourly | | 0.00 | 0.00 | 784.98 |
| PTO/VAC Hourly | | 0.00 | 0.00 | 1113.21 |
| PTO/VAC Adjust | | 0.00 | 0.00 | 0.00 |
| ESL/SCK Adjust | | 0.00 | 0.00 | 0.00 |
| Evening Diff 7 | | 0.00 | 0.00 | 7.98 |
| Overtime | | 0.00 | 0.00 | 885.19 |
| Total Pay | | 74.97 | 1322.47 | 21763.91 |

Total hours excludes differentials and adjustments

| Deductions | Current | YTD |
|---|---|---|
| *Medical | 238.80 | 3798.21 |
| *Dental | 32.93 | 525.92 |
| *Spectera Vision | 7.55 | 127.69 |
| *Spouse Surcharge | 50.00 | 800.00 |
| Short Term Disabi | 14.64 | 244.62 |
| *401(k) | 66.12 | 1088.19 |
| 401K Loan | 26.04 | 396.48 |
| *Dental | 0.00 | 17.76 |
| Total Deductions | 436.08 | 6998.87 |
| Net Pay | 713.74 | 11856.43 |

*Before Tax excluded from fed taxable wages
Fed Taxable Wages  928.07  15423.60

| Taxes | | Amount | YTD |
|---|---|---|---|
| Fed Withholdng | | 47.42 | 830.09 |
| Fed MED/EE | | 14.41 | 239.42 |
| Fed OASDI/EE | | 61.64 | 1023.73 |
| PA Unempl EE | | 0.80 | 13.07 |
| PA Withholdng | | 30.49 | 506.38 |
| PA Withholdng | | 15.89 | 263.92 |
| PA LS Tax | | 2.00 | 32.00 |
| Total Tax Deductions | | 172.65 | 2908.61 |

| Employer Paid Benefits (**taxable) | Current | YTD |
|---|---|---|
| Medical | 577.66 | 10420.47 |
| Dental | 14.11 | 253.57 |
| Employee Asst Pro | 0.42 | 7.56 |
| Basic Life | 3.66 | 65.09 |
| Basic Life** | 1.00 | 17.46 |
| Other Benefits | 6.30 | 112.84 |

| Deposit Type | Account | Amount |
|---|---|---|
| Deposit Checking | XXXXXX3862 | 713.74 |
| Net Check | | 0.00 |

### Leave Balance Summary

| | Start | Earned | Taken | Adj | End |
|---|---|---|---|---|---|
| PTO | 52.59 | 129.22 | 139.55 | 4.62 | 46.88 |
| ESL | 30.80 | 21.56 | 44.50 | 0.77 | 8.63 |

©1998, 2006. ADP, LLC All Rights Reserved.

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

Bio-Med Appl of Pennsylvania
781/699-9000
920 Winter Street
Waltham, MA 02451

Advice Number: 0013039126
Advice Date: 08/30/2019

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | | Amount |
|---|---|---|---|
| LEEANNE WARING | Checking | XXXXXX3862 | 713.74 |
| | Total | | 713.74 |

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.