SURE FIT HOME PRODUCTS, LLC
8000 QUARRY ROAD SUITE C
ALBURTIS, PA 18011-9599
610-264-7300

Period Beginning: 09/15/2019
Period Ending: 09/21/2019
Pay Date: 09/27/2019

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  PA: N/A

THOMAS WARING
1635 ALPINE DRIVE
PEN ARGYL PA 18072

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.2900 | 40.00 | 731.60 | 25,379.58 |
| Overtime | | | | 163.18 |
| Holiday | | | | 1,311.12 |
| Vacation | | | | 2,008.16 |
| **Gross Pay** | | | **$731.60** | 28,862.04 |

Your federal taxable wages this period are $699.90

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Eligible Wages | 731.60 | 28,862.04 |
| Opt Union Match | 10.97 | 432.88 |
| 401Kmatch Union | 10.97 | 432.86 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -39.61 | 1,586.48 |
| | Social Security Tax | -44.75 | 1,765.87 |
| | Medicare Tax | -10.47 | 412.99 |
| | PA State Income Tax | -22.16 | 874.38 |
| | Lower Macung Local Svc Tax | -1.00 | 39.00 |
| | Plainfield T Income Tax | -11.55 | 455.70 |
| | PA SUI/SDI Tax | -0.44 | 17.32 |
| | **Other** | | |
| | Aflac | -9.75* | 380.25 |
| | Ins | -2.27 | 89.70 |
| | 2Nd 401K U Loan | -29.85 | 1,164.15 |
| | 401Kun | -21.95* | 865.88 |
| | 401Uln | -48.00 | 1,872.00 |
| | Union | | 306.90 |

**Important Notes**
COMPANY PH# 610-264-7300

BASIS OF PAY: HOURLY

| Net Pay | | $489.80 | |
| Checking 1 | | -489.80 | |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages

---

SURE FIT HOME PRODUCTS, LLC
8000 QUARRY ROAD SUITE C
ALBURTIS, PA 18011-9599
610-264-7300

Advice number: 00000390063
Pay date: 09/27/2019

Deposited to the account of
THOMAS WARING

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3862 | xxxx xxxx | $489.80 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.  HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

SURE FIT HOME PRODUCTS, LLC
8000 QUARRY ROAD SUITE C
ALBURTIS, PA 18011-9599
610-264-7300

Period Beginning: 09/08/2019
Period Ending: 09/14/2019
Pay Date: 09/20/2019

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  PA: N/A

THOMAS WARING
1635 ALPINE DRIVE
PEN ARGYL PA 18072

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.2900 | 41.00 | 749.89 | 24,647.98 |
| Overtime | 18.2900 | .50 | 9.15 | 163.18 |
| Holiday | | | | 1,311.12 |
| Vacation | | | | 2,008.16 |
| Gross Pay | | | $759.04 | 28,130.44 |

Your federal taxable wages this period are $726.52

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Eligible Wages | 759.04 | 28,130.44 |
| Opt Union Match | 11.39 | 421.91 |
| 401Krnatch Union | 11.38 | 421.89 |

**Important Notes**
COMPANY PH# 610-264-7300

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -42.80 | 1,546.87 |
| | Social Security Tax | -46.46 | 1,721.12 |
| | Medicare Tax | -10.87 | 402.52 |
| | PA State Income Tax | -23.00 | 852.22 |
| | Lower Macung Local Svc Tax | -1.00 | 38.00 |
| | Plainfield T Income Tax | -11.99 | 444.15 |
| | PA SUI/SDI Tax | -0.46 | 16.88 |
| | Other | | |
| | Aflac | -9.75* | 370.50 |
| | Ins | -2.27 | 87.43 |
| | 2Nd 401K U Loan | -29.85 | 1,134.30 |
| | 401Kun | -22.77* | 843.93 |
| | 401Uln | -48.00 | 1,824.00 |
| | Union | | 306.90 |

Net Pay         $509.82
Checking 1      -509.82
Net Check        $0.00

* Excluded from federal taxable wages

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

SURE FIT HOME PRODUCTS, LLC
8000 QUARRY ROAD SUITE C
ALBURTIS, PA 18011-9599
610-264-7300

Advice number: 00000380037
Pay date: 09/20/2019

Deposited to the account of
THOMAS WARING

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3862 | xxxx xxxx | $509.82 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

© 1998, 2006. ADP, LLC All Rights Reserved.

SURE FIT HOME PRODUCTS, LLC
8000 QUARRY ROAD SUITE C
ALBURTIS, PA 18011-9599
610-264-7300

Period Beginning: 09/01/2019
Period Ending: 09/07/2019
Pay Date: 09/13/2019

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 1
PA: N/A

THOMAS WARING
1635 ALPINE DRIVE
PEN ARGYL PA 18072

### Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.2900 | 24.00 | 438.96 | 23,898.09 |
| Holiday | 18.2900 | 8.00 | 146.32 | 1,311.12 |
| Vacation | 17.9300 | 8.00 | 143.44 | 2,008.16 |
| Overtime | | | | 154.03 |
| Gross Pay | | | $728.72 | 27,371.40 |

Your federal taxable wages this period are $697.11

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Eligible Wages | 728.72 | 27,371.40 |
| Opt Union Match | 10.93 | 410.52 |
| 401Krnatch Union | 10.93 | 410.51 |

### Deductions

**Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -39.27 | 1,504.07 |
| Social Security Tax | -44.58 | 1,674.66 |
| Medicare Tax | -10.42 | 391.65 |
| PA State Income Tax | -22.07 | 829.22 |
| Lower Macung Local Svc Tax | -1.00 | 37.00 |
| Plainfield T Income Tax | -11.50 | 432.16 |
| PA SUI/SDI Tax | -0.43 | 16.42 |

**Other**

| | this period | year to date |
|---|---|---|
| Aflac | -9.75* | 360.75 |
| Ins | -2.27 | 85.16 |
| 2Nd 401K U Loan | -29.85 | 1,104.45 |
| 401Kun | -21.86* | 821.16 |
| 401Uln | -48.00 | 1,776.00 |
| Union | | 306.90 |

| | |
|---|---|
| Net Pay | $487.72 |
| Checking 1 | -487.72 |
| Net Check | $0.00 |

**Important Notes**
COMPANY PH# 610-264-7300

* Excluded from federal taxable wages

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

SURE FIT HOME PRODUCTS, LLC
8000 QUARRY ROAD SUITE C
ALBURTIS, PA 18011-9599
610-264-7300

Advice number: 00000370065
Pay date: 09/13/2019

Deposited to the account of
THOMAS WARING

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3862 | xxxx xxxx | $487.72 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

Earnings Statement — ADP

SURE FIT HOME PRODUCTS, LLC
8000 QUARRY ROAD SUITE C
ALBURTIS, PA 18011-9599
610-264-7300

Period Beginning: 08/25/2019
Period Ending: 08/31/2019
Pay Date: 09/06/2019

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  PA: N/A

THOMAS WARING
1635 ALPINE DRIVE
PEN ARGYL PA 18072

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.2900 | 32.00 | 585.28 | 23,459.13 |
| Overtime | | | | 154.03 |
| Holiday | | | | 1,164.80 |
| Vacation | | | | 1,864.72 |
| **Gross Pay** | | | **$585.28** | 26,642.68 |

Your federal taxable wages this period are $557.97

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Eligible Wages | 585.28 | 26,642.68 |
| Opt Union Match | 8.78 | 399.59 |
| 401Kmatch Union | 8.78 | 399.58 |

**Important Notes**
COMPANY PH# 610-264-7300

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -25.03 | 1,464.80 |
| Social Security Tax | -35.68 | 1,630.08 |
| Medicare Tax | -8.35 | 381.23 |
| PA State Income Tax | -17.67 | 807.15 |
| Lower Macung Local Svc Tax | -1.00 | 36.00 |
| Plainfield T Income Tax | -9.21 | 420.66 |
| PA SUI/SDI Tax | -0.36 | 15.99 |

Other
| | | |
|---|---|---|
| Aflac | -9.75* | 351.00 |
| Ins | -2.27 | 82.89 |
| Union | -34.10 | 306.90 |
| 2Nd 401K U Loan | -29.85 | 1,074.60 |
| 401Kun | -17.56* | 799.30 |
| 401Uln | -48.00 | 1,728.00 |

| **Net Pay** | | **$346.45** |
|---|---|---|
| Checking 1 | | -346.45 |
| **Net Check** | | **$0.00** |

* Excluded from federal taxable wages

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

SURE FIT HOME PRODUCTS, LLC
8000 QUARRY ROAD SUITE C
ALBURTIS, PA 18011-9599
610-264-7300

Advice number: 00000360037
Pay date: 09/06/2019

Deposited to the account of
THOMAS WARING

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3862 | xxxx xxxx | $346.45 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

SURE FIT HOME PRODUCTS, LLC
8000 QUARRY ROAD SUITE C
ALBURTIS, PA 18011-9599
610-264-7300

Period Beginning: 08/18/2019
Period Ending: 08/24/2019
Pay Date: 08/30/2019

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  PA: N/A

THOMAS WARING
1635 ALPINE DRIVE
PEN ARGYL PA 18072

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.2900 | 40.00 | 731.60 | 22,873.85 |
| Overtime | | | | 154.03 |
| Holiday | | | | 1,164.80 |
| Vacation | | | | 1,864.72 |
| **Gross Pay** | | | **$731.60** | 26,057.40 |

Your federal taxable wages this period are $699.90

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Eligible Wages | 731.60 | 26,057.40 |
| Opt Union Match | 10.97 | 390.81 |
| 401Kmatch Union | 10.97 | 390.80 |

**Important Notes**
COMPANY PH# 610-264-7300

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | -39.61 | 1,439.77 | |
| Social Security Tax | -44.75 | 1,594.40 | |
| Medicare Tax | -10.46 | 372.88 | |
| PA State Income Tax | -22.16 | 789.48 | |
| Lower Macung Local Svc Tax | -1.00 | 35.00 | |
| Plainfield T Income Tax | -11.55 | 411.45 | |
| PA SUI/SDI Tax | -0.43 | 15.63 | |
| Other | | | |
| Aflac | -9.75* | 341.25 | |
| Ins | -2.27 | 80.62 | |
| 2Nd 401K U Loan | -29.85 | 1,044.75 | |
| 401Kun | -21.95* | 781.74 | |
| 401Uln | -48.00 | 1,680.00 | |
| Union | | 272.80 | |
| **Net Pay** | | **$489.82** | |
| Checking 1 | -489.82 | | |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

SURE FIT HOME PRODUCTS, LLC
8000 QUARRY ROAD SUITE C
ALBURTIS, PA 18011-9599
610-264-7300

Advice number: 00000350066
Pay date: 08/30/2019

Deposited to the account of
THOMAS WARING

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3862 | xxxx xxxx | $489.82 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

*SURE FIT HOME PRODUCTS, LLC*
*8000 QUARRY ROAD SUITE C*
*ALBURTIS, PA 18011-9599*
*610-264-7300*

Period Beginning: 08/04/2019
Period Ending: 08/10/2019
Pay Date: 08/16/2019

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  PA: N/A

THOMAS WARING
1635 ALPINE DRIVE
PEN ARGYL PA 18072

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.2900 | 40.00 | 731.60 | 21,410.65 |
| Overtime | | | | 154.03 |
| Holiday | | | | 1,164.80 |
| Vacation | | | | 1,864.72 |
| **Gross Pay** | | | **$731.60** | 24,594.20 |

Your federal taxable wages this period are $699.90

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Eligible Wages | 731.60 | 24,594.20 |
| Opt Union Match | 10.97 | 368.87 |
| 401K match Union | 10.97 | 368.86 |

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -39.61 | 1,360.55 |
| Social Security Tax | -44.75 | 1,504.89 |
| Medicare Tax | -10.47 | 351.95 |
| PA State Income Tax | -22.16 | 745.16 |
| Lower Macung Local Svc Tax | -1.00 | 33.00 |
| Plainfield T Income Tax | -11.55 | 388.35 |
| PA SUI/SDI Tax | -0.44 | 14.76 |

**Important Notes**
COMPANY PH# 610-264-7300

Other
| | | |
|---|---|---|
| Aflac | -9.75* | 321.75 |
| Ins | -2.27 | 76.08 |
| 2Nd 401K U Loan | -29.85 | 985.05 |
| 401Kun | -21.95* | 737.84 |
| 401Uln | -48.00 | 1,584.00 |
| Union | | 272.80 |

| **Net Pay** | | **$489.80** |
|---|---|---|
| Checking 1 | | -489.80 |
| **Net Check** | | **$0.00** |

* Excluded from federal taxable wages

© 1998, 2006, ADP, LLC All Rights Reserved.
© 2000 ADP, LLC

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

SURE FIT HOME PRODUCTS, LLC
8000 QUARRY ROAD SUITE C
ALBURTIS, PA 18011-9599
610-264-7300

Advice number: 00000330062
Pay date: 08/16/2019

**THIS IS NOT A CHECK**

Deposited to the account of
THOMAS WARING

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3862 | xxxx xxxx | $489.80 |

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

SURE FIT HOME PRODUCTS, LLC
8000 QUARRY ROAD SUITE C
ALBURTIS, PA 18011-9599
610-264-7300

Period Beginning: 07/28/2019
Period Ending: 08/03/2019
Pay Date: 08/09/2019

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  PA: N/A

THOMAS WARING
1635 ALPINE DRIVE
PEN ARGYL PA 18072

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.2900 | 40.00 | 731.60 | 20,679.05 |
| Overtime | | | | 154.03 |
| Holiday | | | | 1,164.80 |
| Vacation | | | | 1,864.72 |
| **Gross Pay** | | | **$731.60** | 23,862.60 |

Your federal taxable wages this period are $699.90

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Eligible Wages | 731.60 | 23,862.60 |
| Opt Union Match | 10.97 | 357.90 |
| 401Kmatch Union | 10.97 | 357.89 |

**Important Notes**
COMPANY PH# 610-264-7300

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -39.61 | 1,320.94 |
| | Social Security Tax | -44.76 | 1,460.14 |
| | Medicare Tax | -10.46 | 341.48 |
| | PA State Income Tax | -22.16 | 723.00 |
| | Lower Macung Local Svc Tax | -1.00 | 32.00 |
| | Plainfield T Income Tax | -11.55 | 376.80 |
| | PA SUI/SDI Tax | -0.44 | 14.32 |
| | **Other** | | |
| | Aflac | -9.75* | 312.00 |
| | Ins | -2.27 | 73.81 |
| | 2Nd 401K U Loan | -29.85 | 955.20 |
| | 401Kun | -21.95* | 715.89 |
| | 401Uln | -48.00 | 1,536.00 |
| | Union | | 272.80 |

**Net Pay**    $489.80
Checking 1    -489.80
**Net Check**    $0.00

* Excluded from federal taxable wages

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

SURE FIT HOME PRODUCTS, LLC
8000 QUARRY ROAD SUITE C
ALBURTIS, PA 18011-9599
610-264-7300

Advice number: 00000320036
Pay date: 08/09/2019

Deposited to the account of
THOMAS WARING

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3862 | xxxx xxxx | $489.80 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.  ■  HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.