PA121-Slate Belt

Bio-Med Appl of Pennsylvania
781/699-9000
920 Winter Street
Waltham, MA 02451

| | |
|---|---|
| Pay Rate: | $17.64 |
| Basis of Pay: | Hourly |
| Pay Period: | 08/25/2019 - 09/07/2019 |
| Advice Date: | 09/13/2019 |
| Advice Number: | 0013104400 |
| Batch Number: | 000000002736 |

Page 001 of 001

Emplid: 3144206
Exemptions   Addl Amt   Addl %
Fed: M-00
PA(W): N-00

LEEANNE WARING
1635 Alpine Dr
Pen Argyl, PA 18072

Total Hours Worked: 61.97
Employer ID # PA 1081 0968

| Earnings | Rate | Hours/Units | Amount | YTD |
|---|---|---|---|---|
| Regular | 17.6400 | 61.97 | 1093.15 | 18617.16 |
| PTO/VAC Hourly | 17.6402 | 20.93 | 369.21 | 1482.42 |
| Holiday 50% | 8.8198 | 12.32 | 108.66 | 108.66 |
| Holiday Diff 1 | | 0.00 | 0.00 | 19.07 |
| Disaster Pay | | 0.00 | 0.00 | 97.65 |
| Unschd PTO/VAC | | 0.00 | 0.00 | 1331.82 |
| ESL/SCK Hourly | | 0.00 | 0.00 | 784.98 |
| PTO/VAC Adjust | | 0.00 | 0.00 | 0.00 |
| ESL/SCK Adjust | | 0.00 | 0.00 | 0.00 |
| Evening Diff 7 | | 0.00 | 0.00 | 7.98 |
| Overtime | | 0.00 | 0.00 | 885.19 |
| Total Pay | | 82.90 | 1571.02 | 23334.93 |

Total hours excludes differentials and adjustments

| Deductions | Current | YTD |
|---|---|---|
| *Medical | 288.80 | 4087.01 |
| *Dental | 32.93 | 558.85 |
| *Spectera Vision | 7.55 | 135.24 |
| *Spouse Surcharge | 50.00 | 850.00 |
| Short Term Disabi | 14.64 | 259.26 |
| *401(k) | 78.55 | 1166.74 |
| 401K Loan | 26.04 | 422.52 |
| *Dental | 0.00 | 17.76 |

| Taxes | | |
|---|---|---|
| Fed Withholdng | 66.03 | 896.12 |
| Fed MED/EE | 17.30 | 256.72 |
| Fed OASDI/EE | 73.95 | 1097.68 |
| PA Unempl EE | 0.94 | 14.01 |
| PA Withholdng | 36.59 | 542.97 |
| PA Withholdng | 19.07 | 282.99 |
| PA LS Tax | 2.00 | 34.00 |
| Total Tax Deductions | 215.88 | 3124.49 |

| | | |
|---|---|---|
| Total Deductions | 498.51 | 7497.38 |
| Net Pay | 856.63 | 12713.06 |

*Before tax excluded from fed taxable wages
Fed Taxable Wages   1114.19   16537.79

| Employer Paid Benefits (**taxable) | | |
|---|---|---|
| Medical | 577.66 | 10998.13 |
| Dental | 14.11 | 267.68 |
| Employee Asst Pro | 0.42 | 7.98 |
| Basic Life | 3.66 | 68.75 |
| Basic Life** | 1.00 | 18.46 |
| Other Benefits | 6.30 | 119.14 |

| Deposit Type | Account | Amount |
|---|---|---|
| Deposit Checking | XXXXXX3862 | 856.63 |
| Net Check | | 0.00 |

**Leave Balance Summary**

| | Start | Earned | Taken | Adj | End |
|---|---|---|---|---|---|
| PTO | 52.59 | 138.45 | 160.48 | 4.62 | 35.18 |
| ESL | 30.80 | 23.10 | 44.50 | 0.77 | 10.17 |

© 2002 Automated Data Processing (PC80V3)

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

Bio-Med Appl of Pennsylvania
781/699-9000
920 Winter Street
Waltham, MA 02451

Advice Number: 0013104400
Advice Date: 09/13/2019

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| LEEANNE WARING | Checking XXXXXX3862 | 856.63 |
| | Total | 856.63 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

ZOH Dept: 2023    005826-005062
DBX    003144206
PA121-Slate Belt

Bio-Med Appl of Pennsylvania
781/699-9000
920 Winter Street
Waltham, MA 02451

Emplid: 3144206
Exemptions    Addl Amt    Addl %
Fed:    M-00
PA(W): N-00

Total Hours Worked:    74.97
Employer ID # PA 1081 0968

# Earnings Statement

Page 001 of 001
Pay Rate:           $17.64
Basis of Pay:       Hourly
Pay Period:         08/11/2019 - 08/24/2019
Advice Date:        08/30/2019
Advice Number:      0013039126
Batch Number:       000000002716

LEEANNE WARING
1635 Alpine Dr
Pen Argyl, PA 18072

| Earnings | Rate | Hours/Units | Amount | YTD |
|---|---|---|---|---|
| Regular | 17.6400 | 74.97 | 1322.47 | 17524.01 |
| Holiday Diff 1 | | 0.00 | 0.00 | 19.07 |
| Disaster Pay | | 0.00 | 0.00 | 97.65 |
| Unschd PTO/VAC | | 0.00 | 0.00 | 1331.82 |
| ESL/SCK Hourly | | 0.00 | 0.00 | 784.98 |
| PTO/VAC Hourly | | 0.00 | 0.00 | 1113.21 |
| PTO/VAC Adjust | | 0.00 | 0.00 | 0.00 |
| ESL/SCK Adjust | | 0.00 | 0.00 | 0.00 |
| Evening Diff 7 | | 0.00 | 0.00 | 7.98 |
| Overtime | | 0.00 | 0.00 | 885.19 |
| **Total Pay** | | **74.97** | **1322.47** | **21763.91** |

Total hours excludes differentials and adjustments

| Taxes | | Amount | YTD |
|---|---|---|---|
| Fed Withholdng | | 47.42 | 830.09 |
| Fed MED/EE | | 14.41 | 239.42 |
| Fed OASDI/EE | | 61.64 | 1023.73 |
| PA Unempl EE | | 0.80 | 13.07 |
| PA Withholdng | | 30.49 | 506.38 |
| PA Withholdng | | 15.89 | 263.92 |
| PA LS Tax | | 2.00 | 32.00 |
| **Total Tax Deductions** | | **172.65** | **2908.61** |

| Deposit | Type | Account | Amount |
|---|---|---|---|
| Deposit | Checking | XXXXXX3862 | 713.74 |
| Net Check | | | 0.00 |

| Deductions | Current | YTD |
|---|---|---|
| *Medical | 238.80 | 3798.21 |
| *Dental | 32.93 | 525.92 |
| *Spectera Vision | 7.55 | 127.69 |
| *Spouse Surcharge | 50.00 | 800.00 |
| Short Term Disabi | 14.64 | 244.62 |
| *401(k) | 66.12 | 1088.19 |
| 401K Loan | 26.04 | 396.48 |
| *Dental | 0.00 | 17.76 |

| | | |
|---|---|---|
| **Total Deductions** | **436.08** | **6998.87** |
| **Net Pay** | **713.74** | **11856.43** |

*Before Tax excluded from fed taxable wages
Fed Taxable Wages    928.07    15423.60

| Employer Paid Benefits (**taxable) | | |
|---|---|---|
| Medical | 577.66 | 10420.47 |
| Dental | 14.11 | 253.57 |
| Employee Asst Pro | 0.42 | 7.56 |
| Basic Life | 3.66 | 65.09 |
| Basic Life** | 1.00 | 17.46 |
| Other Benefits | 6.30 | 112.84 |

**Leave Balance Summary**

| | Start | Earned | Taken | Adj | End |
|---|---|---|---|---|---|
| PTO | 52.59 | 129.22 | 139.55 | 4.62 | 46.88 |
| ESL | 30.80 | 21.56 | 44.50 | 0.77 | 8.63 |

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

Bio-Med Appl of Pennsylvania
781/699-9000
920 Winter Street
Waltham, MA 02451

Advice Number:    0013039126
Advice Date:      08/30/2019

Deposited to the account of
LEEANNE WARING

Account Number
Checking XXXXXX3862

Amount
713.74

Total    713.74

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

```
20H Dept: 2023              005009-004221
DBX    003144206
PA121-Slate Belt
```

Bio-Med Appl of Pennsylvania
781/699-9000
920 Winter Street
Waltham, MA 02451

# Earnings Statement

| | Page 001 of 001 |
|---|---|
| Pay Rate: | $17.64 |
| Basis of Pay: | Hourly |
| Pay Period: | 07/28/2019 - 08/10/2019 |
| Advice Date: | 08/16/2019 |
| Advice Number: | 0012973888 |
| Batch Number: | 000000002692 |

Emplid: 3144206
Exemptions   Addl Amt   Addl %
  Fed:   M-00
  PA(W): N-00

LEEANNE WARING
1635 Alpine Dr
Pen Argyl, PA  18072

Total Hours Worked: 74.33
Employer ID # PA 1081 0968

| Earnings | Rate | Hours/Units | Amount | YTD |
|---|---|---|---|---|
| Regular | 17.6400 | 70.33 | 1240.62 | 16201.54 |
| PTO/VAC Hourly | 17.6400 | 9.00 | 158.76 | 1113.21 |
| Overtime | 26.4600 | 4.00 | 105.84 | 885.19 |
| Holiday Diff 1 | | 0.00 | 0.00 | 19.07 |
| Disaster Pay | | 0.00 | 0.00 | 97.65 |
| Unschd PTO/VAC | | 0.00 | 0.00 | 1331.82 |
| ESL/SCK Hourly | | 0.00 | 0.00 | 784.98 |
| PTO/VAC Adjust | | 0.00 | 0.00 | 0.00 |
| ESL/SCK Adjust | | 0.00 | 0.00 | 0.00 |
| Evening Diff 7 | | 0.00 | 0.00 | 7.98 |
| **Total Pay** | | **83.33** | **1505.22** | **20441.44** |

Total hours excludes differentials and adjustments

| Deductions | Current | YTD |
|---|---|---|
| *Medical | 238.80 | 3559.41 |
| *Dental | 32.93 | 492.99 |
| *Spectera Vision | 7.55 | 120.14 |
| *Spouse Surcharge | 50.00 | 750.00 |
| Short Term Disabi | 14.64 | 229.98 |
| *401(k) | 75.26 | 1022.07 |
| 401K Loan | 26.04 | 370.44 |
| *Dental | 0.00 | 17.76 |

| Taxes | Amount | YTD |
|---|---|---|
| Fed Withholdng | 64.78 | 782.67 |
| Fed MED/EE | 17.07 | 225.01 |
| Fed OASDI/EE | 72.97 | 962.09 |
| PA Unempl EE | 0.90 | 12.27 |
| PA Withholdng | 36.10 | 475.89 |
| PA Withholdng | 18.82 | 248.03 |
| PA LS Tax | 2.00 | 30.00 |
| **Total Tax Deductions** | **212.64** | **2735.96** |

| | Current | YTD |
|---|---|---|
| Total Deductions | 445.22 | 6562.79 |
| Net Pay | 847.36 | 11142.69 |

*Before Tax excluded from fed taxable wages
Fed Taxable Wages   1101.68   14495.53

### Employer Paid Benefits (**taxable)

| | Current | YTD |
|---|---|---|
| Medical | 577.66 | 9842.81 |
| Dental | 14.11 | 239.46 |
| Employee Asst Pro | 0.42 | 7.14 |
| Basic Life | 3.66 | 61.43 |
| Basic Life** | 1.00 | 16.46 |
| Other Benefits | 6.30 | 106.54 |

### Leave Balance Summary

| | Start | Earned | Taken | Adj | End |
|---|---|---|---|---|---|
| PTO | 52.59 | 119.99 | 139.55 | 4.62 | 37.65 |
| ESL | 30.80 | 20.02 | 44.50 | 0.77 | 7.09 |

| Deposit Type | Account | Amount |
|---|---|---|
| Deposit Checking | XXXXXX3862 | 847.36 |
| Net Check | | 0.00 |

© 2002 Automatic Data Processing (PCSUV0)

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

Bio-Med Appl of Pennsylvania
781/699-9000
920 Winter Street
Waltham, MA 02451

Advice Number: 0012973888
Advice Date: 08/16/2019

Deposited to the account of
LEEANNE WARING

Account Number
Checking  XXXXXX3862

Amount
847.36

Total  847.36

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

20H Dept: 2023    004893-004227
DBX    003144206
PA121-Slate Belt

Bio-Med Appl of Pennsylvania
781/699-9000
920 Winter Street
Waltham, MA 02451

# Earnings Statement

Page 001 of 001
Pay Rate:         $17.64
Basis of Pay:     Hourly
Pay Period:       07/14/2019 - 07/27/2019
Advice Date:      08/02/2019
Advice Number:    0012908966
Batch Number:     000000002670

Emplid: 3144206
Exemptions   Addl Amt   Addl %
Fed:   M-00
PA(W): N-00

LEEANNE   WARING
1635 Alpine Dr
Pen Argyl, PA   18072

Total Hours Worked: 81.75
Employer ID # PA 1081 0968

| Earnings | Rate | Hours/Units | Amount | YTD |
|---|---|---|---|---|
| Regular | 17.6399 | 79.57 | 1403.61 | 14960.92 |
| PTO/VAC Adjust | | 4.62 | 0.00 | 0.00 |
| ESL/SCK Adjust | | 0.77 | 0.00 | 0.00 |
| Overtime | 26.5092 | 2.18 | 57.79 | 779.35 |
| Evening Diff 7 | 1.2362 | 3.43 | 4.24 | 7.98 |
| Holiday Diff 1 | | 0.00 | 0.00 | 19.07 |
| Disaster Pay | | 0.00 | 0.00 | 97.65 |
| PTO/VAC Hourly | | 0.00 | 0.00 | 954.45 |
| Unschd PTO/VAC | | 0.00 | 0.00 | 1331.82 |
| ESL/SCK Hourly | | 0.00 | 0.00 | 784.98 |
| Total Pay | | 81.75 | 1465.64 | 18936.22 |

Total hours excludes differentials and adjustments

| Deductions | Current | YTD |
|---|---|---|
| *Medical | 238.80 | 3320.61 |
| *Dental | 32.93 | 460.06 |
| *Spectera Vision | 7.55 | 112.59 |
| *Spouse Surcharge | 50.00 | 700.00 |
| Short Term Disabi | 14.64 | 215.34 |
| *401(k) | 73.28 | 946.81 |
| 401K Loan | 24.60 | 344.40 |
| *Dental | 0.00 | 17.76 |

| Taxes | | |
|---|---|---|
| Fed Withholdng | 61.02 | 717.89 |
| Fed MED/EE | 16.49 | 207.94 |
| Fed OASDI/EE | 70.52 | 889.12 |
| PA Unempl EE | 0.88 | 11.37 |
| PA Withholdng | 34.89 | 439.79 |
| PA Withholdng | 18.18 | 229.21 |
| PA LS Tax | 2.00 | 28.00 |
| Total Tax Deductions | 203.98 | 2523.32 |

| Total Deductions | 441.80 | 6117.57 |
|---|---|---|
| Net Pay | 819.86 | 10295.33 |

*Before Tax excluded from fed taxable wages
Fed Taxable Wages   1064.08   13393.85

Employer Paid Benefits (**taxable)
| Medical | 577.66 | 9265.15 |
|---|---|---|
| Dental | 14.11 | 225.35 |
| Employee Asst Pro | 0.42 | 6.72 |
| Basic Life | 3.66 | 57.77 |
| Basic Life** | 1.00 | 15.46 |
| Other Benefits | 6.30 | 100.24 |

Leave Balance Summary
| | Start | Earned | Taken | Adj | End |
|---|---|---|---|---|---|
| PTO | 52.59 | 110.76 | 130.55 | 4.62 | 37.42 |
| ESL | 30.80 | 18.48 | 44.50 | 0.77 | 5.55 |

| Deposit Type | Account | Amount |
|---|---|---|
| Deposit Checking | XXXXXX3862 | 819.86 |
| Net Check | | 0.00 |

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

Bio-Med Appl of Pennsylvania
781/699-9000
920 Winter Street
Waltham, MA 02451

Advice Number: 0012908966
Advice Date:    08/02/2019

Deposited to the account of
LEEANNE   WARING

| | Account Number | Amount |
|---|---|---|
| Checking | XXXXXX3862 | 819.86 |
| Total | | 819.86 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT