```
000487
CO.   FILE   DEPT   CLOCK   VCHR. NO.   060
3K2   000632  PG1504          0000400037  1
```

**Earnings Statement** ADP

SURE FIT HOME PRODUCTS, LLC
8000 QUARRY ROAD SUITE C
ALBURTIS, PA 18011-9599
610-264-7300

Period Beginning: 09/22/2019
Period Ending: 09/28/2019
Pay Date: 10/04/2019

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  PA: N/A

THOMAS WARING
1635 ALPINE DRIVE
PEN ARGYL PA 18072

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.2900 | 40.00 | 731.60 | 26,111.18 |
| Overtime | | | | 163.18 |
| Holiday | | | | 1,311.12 |
| Vacation | | | | 2,008.16 |
| **Gross Pay** | | | **$731.60** | 29,593.64 |

Your federal taxable wages this period are $699.90

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Eligible Wages | 731.60 | 29,593.64 |
| Opt Union Match | 10.97 | 443.85 |
| 401K match Union | 10.97 | 443.83 |

| Deductions | | |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -39.61 | 1,626.09 |
| Social Security Tax | -44.76 | 1,810.63 |
| Medicare Tax | -10.46 | 423.45 |
| PA State Income Tax | -22.16 | 896.54 |
| Lower Macung Local Svc Tax | -1.00 | 40.00 |
| Plainfield T Income Tax | -11.55 | 467.25 |
| PA SUI/SDI Tax | -0.44 | 17.76 |
| **Other** | | |
| Aflac | -9.75* | 390.00 |
| Ins | -2.27 | 91.97 |
| Union | -34.10 | 341.00 |
| 2Nd 401K U Loan | -29.85 | 1,194.00 |
| 401Kun | -21.95* | 887.83 |
| 401Uln | -48.00 | 1,920.00 |
| **Net Pay** | | **$455.70** |
| Checking 1 | | -455.70 |
| **Net Check** | | **$0.00** |

**Important Notes**
COMPANY PH# 610-264-7300

BASIS OF PAY: HOURLY

* Excluded from federal taxable wages

---

SURE FIT HOME PRODUCTS, LLC
8000 QUARRY ROAD SUITE C
ALBURTIS, PA 18011-9599
610-264-7300

Advice number: 00000400037
Pay date: 10/04/2019

Deposited to the account of
THOMAS WARING

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3862  | xxxx xxxx  | $455.70 |

THIS IS NOT A CHECK

NON-NEGOTIABLE