# ADP

## Earnings Statement

| | |
|---|---|
| Period Beginning: | 09/29/2019 |
| Period Ending: | 10/05/2019 |
| Pay Date: | 10/11/2019 |

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| 3K2 | 000730 000632 | PG1504 | | 080 0000410064 1 |

SURE FIT HOME PRODUCTS, LLC
8000 QUARRY ROAD SUITE C
ALBURTIS, PA 18011-9599
610-264-7300

THOMAS WARING
1635 ALPINE DRIVE
PEN ARGYL PA 18072

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  PA: N/A

### Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.2900 | 40.00 | 731.60 | 26,842.78 |
| Overtime | | | | 163.18 |
| Holiday | | | | 1,311.12 |
| Vacation | | | | 2,008.16 |
| **Gross Pay** | | | **$731.60** | 30,325.24 |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $699.90

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Eligible Wages | 731.60 | 30,325.24 |
| Opt Union Match | 10.97 | 454.82 |
| 401Kmatch Union | 10.97 | 454.80 |

### Important Notes
COMPANY PH# 610-264-7300

BASIS OF PAY: HOURLY

### Deductions

**Statutory**

| | | |
|---|---|---|
| Federal Income Tax | -39.61 | 1,665.70 |
| Social Security Tax | -44.75 | 1,855.38 |
| Medicare Tax | -10.47 | 433.92 |
| PA State Income Tax | -22.16 | 918.70 |
| Lower Macung Local Svc Tax | -1.00 | 41.00 |
| Plainfield T Income Tax | -11.55 | 478.80 |
| PA SUI/SDI Tax | -0.44 | 18.20 |

**Other**

| | | |
|---|---|---|
| Aflac | -9.75* | 399.75 |
| Ins | -2.27 | 94.24 |
| 401Kun | -21.95* | 909.78 |
| Union | | 341.00 |
| 2Nd 401K U Loan | | 1,194.00 |
| 401UIn | | 1,872.00 |

**Adjustment**

| | |
|---|---|
| 401UIn | +48.00 |

| | |
|---|---|
| **Net Pay** | **$615.65** |
| Checking 1 | -615.65 |
| **Net Check** | **$0.00** |

---

DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT...

SURE FIT HOME PRODUCTS, LLC
8000 QUARRY ROAD SUITE C
ALBURTIS, PA 18011-9599
610-264-7300

| | |
|---|---|
| Advice number: | 00000410064 |
| Pay date: | 10/11/2019 |



Deposited to the account of
THOMAS WARING

| account number | transit | ABA |
|---|---|---|
| XXXXXX3862 | XXXX | XXXX |

```
000487
CO.   FILE    DEPT.   CLOCK   VCHR. NO.   060
3K2   000632  PG1504           0000400037  1
```

**Earnings Statement**  ADP

SURE FIT HOME PRODUCTS, LLC
8000 QUARRY ROAD SUITE C
ALBURTIS, PA 18011-9599
610-264-7300

Period Beginning:   09/22/2019
Period Ending:      09/28/2019
Pay Date:           10/04/2019

Taxable Marital Status:   Married
Exemptions/Allowances:
   Federal:   1
   PA:        N/A

THOMAS WARING
1635 ALPINE DRIVE
PEN ARGYL PA 18072

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| ar | 18.2900 | 40.00 | 731.60 | 26,111.18 |
| me | | | | 163.18 |
| y | | | | 1,311.12 |
| ion | | | | 2,008.16 |
| **Gross Pay** | | | **$731.60** | 29,593.64 |

Your federal taxable wages this period are $699.90

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Eligible Wages | 731.60 | 29,593.64 |
| Opt Union Match | 10.97 | 443.85 |
| 401Kmatch Union | 10.97 | 443.83 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -39.61 | 1,626.09 |
| | Social Security Tax | -44.76 | 1,810.63 |
| | Medicare Tax | -10.46 | 423.45 |
| | PA State Income Tax | -22.16 | 896.54 |
| | Lower Macung Local Svc Tax | -1.00 | 40.00 |
| | Plainfield T Income Tax | -11.55 | 467.25 |
| | PA SUI/SDI Tax | -0.44 | 17.76 |
| | **Other** | | |
| | Aflac | -9.75* | 390.00 |
| | Ins | -2.27 | 91.97 |
| | Union | -34.10 | 341.00 |
| | 2Nd 401K U Loan | -29.85 | 1,194.00 |
| | 401Kun | -21.95* | 887.83 |
| | 401Uln | -48.00 | 1,920.00 |
| | **Net Pay** | **$455.70** | |
| | Checking 1 | -455.70 | |
| | **Net Check** | **$0.00** | |

**Important Notes**
COMPANY PH# 610-264-7300

BASIS OF PAY: HOURLY

* Excluded from federal taxable wages

© 1998, 2006, ADP, LLC All Rights Reserved.

DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

SURE FIT HOME PRODUCTS, LLC
8000 QUARRY ROAD SUITE C
ALBURTIS, PA 18011-9599
610-264-7300

Advice number:   00000400037
Pay date:        10/04/2019

Deposited to the account of
THOMAS WARING

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3862 | xxxx xxxx | $455.70 |

THIS IS NOT A CHECK

NON NEGOTIABLE