## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| THOMAS WARING | : | 3/26/20 11:00 A.M. |
| LEEANNE WARING | : | Courtroom # 1 |
| | : | |
| | : | Case No. 19-16193 |

## ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY

1.      Admitted.

2.      Admitted

3.      Admitted.

4.      Admitted.

5.      Admitted.

6.      Denied.  Debtors deny that they have failed to make the stated payments as listed and avers that Movant is holding payment(s) in abeyance without crediting their account. However, if debtors have missed any payments, they wish to enter into a stipulation allowing them to repay any post-petition arrearages through the remainder of their Chapter 13 plan.

7.      Denied.

8.      Denied.

9.      Denied.

10.      Denied. As of the date of this response, Debtors are nearly current, with just $80.00 outstanding to the Chapter 13 Trustee.

11.    Denied.

WHEREFORE, it is requested that this Honorable Court DENY and DISMISS

movant's Motion for Relief from the Automatic Stay, or in the alternative approve a

stipulation permitting the Debtors to become current on any missed post-petition

payments.


Respectfully Submitted,

YOUNG, MARR & ASSOCIATES


By:        /s/Paul H. Young
           Paul H. Young, Esquire
           Attorney for Debtors
           3554 Hulmeville Road, Suite 102
           Bensalem, PA 19020
           P: 215-639-5297
           F: 215-639-1344
           support@ymalaw.com