**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re   THOMAS WARING** | **:** | **CHAPTER 13** |
| **LEEANNE WARING** | **:** | |
| **Debtor(s)** | **:** | **BANKRUPTCY NO. 19-16193** |

## OBJECTION TO CERTIFICATION OF DEFAULT

Debtor(s), Celitia K. Salazar, by their attorney, Paul H. Young, Esquire, hereby objects to the Certification of Default filed by Nationstar Mortgage LLC on October 9, 2020. Debtors have brought current all post-petition payments due under the May 18, 2020 stipulation with the Lender.

Respectfully submitted,

/s/ Paul H. Young
PAUL H. YOUNG, Esquire
Young, Marr & Associates
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com

Dated: October 15, 2020