*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Thomas Waring and Lee Anne Waring
    Debtor(s)

Case No: 19–16193–pmm
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper Filed by Lee Anne Waring, Thomas Waring

    on: 11/5/20

    at: 11:00 AM

    in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date:  10/15/20

Timothy B. McGrath
Clerk of Court

60 – 59
Form 167