United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 19-16193-pmm

Thomas Waring                                                          Chapter 13

Lee Anne Waring

     Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: PaulP | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 15, 2020 | Form ID: 167 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
           regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2020:**

**Recip ID                Recipient Name and Address**
db/jdb              +   Thomas Waring, Lee Anne Waring, 1635 Alpine Drive, Pen Argyl, PA 18072-9742

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID        Bypass Reason   Name and Address**
jdb              *+              Lee Anne Waring, 1635 Alpine Drive, Pen Argyl, PA 18072-9742

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2020                     Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2020 at the address(es) listed
below:**

| Name | Email Address |
|---|---|
| JOHN MOLNAR | on behalf of Creditor Wind Gap Municipal Authority molnar@ptd.net  G25801@notify.cincompass.com |
| KEVIN G. MCDONALD | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Lee Anne Waring support@ymalaw.com<br>ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com |
| PAUL H. YOUNG | on behalf of Debtor Thomas Waring support@ymalaw.com |

District/off: 0313-4

Date Rcvd: Oct 15, 2020

User: PaulP

Form ID: 167

Page 2 of 2

Total Noticed: 1

ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com

REBECCA ANN SOLARZ

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Thomas Waring and Lee
Anne Waring
        Debtor(s)

Case No: 19−16193−pmm

Chapter: 13

---

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Patricia M. Mayer , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor Nationstar
Mortgage LLC d/b/a Mr. Cooper Filed by Lee Anne Waring,
Thomas Waring

on: 11/5/20

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

Date:  10/15/20

60 − 59
Form 167