United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-16193-pmm |
| Thomas Waring | Chapter 13 |
| Lee Anne Waring | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 04, 2021 | Form ID: pdf900 | Total Noticed: 62 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas Waring, Lee Anne Waring, 1635 Alpine Drive, Pen Argyl, PA 18072-9742 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | Wind Gap Municipal Authority, 16 South Broadway, Suite 3, Wind Gap, PA 18091-1431 |
| 14398095 | + | Aes/suntrust, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14398096 | + | Aes/suntrust, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14398097 | + | Apex Asset, 2501 Oregon Pike Ste, Lancaster, PA 17601-4890 |
| 14398098 | + | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 14419809 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14407502 | + | Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 14398104 | + | Citibank/Best Buy, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14398105 | + | Citibank/Best Buy, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 14426247 | | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14398108 | + | FedLoan Servicing, Attention: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14398109 | + | FedLoan Servicing, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14398111 | + | Jn Portfolio Debt Equities, LLC, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 14398110 | + | Jn Portfolio Debt Equities, LLC, Attn: Bankruptcy, 5757 Phantom Dr. Ste 225, Hazelwood, MO 63042-2429 |
| 14398114 | + | Lendmark Financial Services, 1735 North Brown Road, Suite 300, Lawrenceville, GA 30043-8228 |
| 14403231 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14426795 | + | Nationstar Mortgage LLC dba Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14398120 | + | PHEAA/HCB, Attn: Bankruptcy, 1200 North 7th St, Harrisburg, PA 17102-1444 |
| 14398121 | + | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14398119 | + | Pacific Union Financial, 1603 Lbj Fwy Ste 500, Farmers Branch, TX 75234-6071 |
| 14398118 | + | Pacific Union Financial, Attn: Bankruptcy, 1603 Lbj Freeway, Suite 500, Farmers Branch, TX 75234-6071 |
| 14398126 | + | Santander Consumer USA, 5201 Rufe Snow Drive, Suite 400, North Richland Hills, TX 76180-6036 |
| 14398127 | + | Santander Consumer USA, Po Box 961275, Fort Worth, TX 76161-0275 |
| 14398131 | + | TekCollect Inc, 871 Park St, Columbus, OH 43215-1441 |
| 14398130 | + | TekCollect Inc, Po Box 1269, Columbus, OH 43216-1269 |
| 14433471 | + | Wind Gap Municipal Authority, John Molnar, Esquire (Solicitor), 31 W. 1st Street, Unit, Wind Gap, PA 18091-1515 |
| 14433428 | + | Wind Gap Municipal Authority, c/o John Molnar, Esq., 31 West First St., Wind Gap, PA 18091-1515 |
| 14398133 | + | Wind Gap Municipal Authority, John Molnar, Esquire, 6697 Sullivan Trail, Wind Gap, PA 18091-9790 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 05 2021 02:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 04, 2021 | Form ID: pdf900 | Total Noticed: 62 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 05 2021 02:38:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14448867 | + Email/Text: documentfiling@lciinc.com | Feb 05 2021 02:37:00 | Antero Capital, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14398099 | + Email/Text: legal@blirentals.com | Feb 05 2021 02:38:00 | BLI Rentals, LLC, PO Box 992, Emporia, KS 66801-0992 |
| 14398101 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 05 2021 03:05:17 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14398103 | Email/Text: bankruptcy@cavps.com | Feb 05 2021 02:38:00 | Cavalry Portfolio Services, Po Box 27288, Tempe, AZ 85285 |
| 14398100 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 05 2021 03:00:32 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14401523 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 05 2021 03:01:05 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14398102 | + Email/Text: bankruptcy@cavps.com | Feb 05 2021 02:38:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2322 |
| 14399837 | + Email/Text: bankruptcy@cavps.com | Feb 05 2021 02:38:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14398105 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 05 2021 03:00:51 | Citibank/Best Buy, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 14398104 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 05 2021 02:55:20 | Citibank/Best Buy, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14398107 | Email/Text: mrdiscen@discover.com | Feb 05 2021 02:37:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 14398106 | + Email/Text: mrdiscen@discover.com | Feb 05 2021 02:37:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14398113 | + Email/Text: PBNCNotifications@peritusservices.com | Feb 05 2021 02:37:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 14398112 | + Email/Text: PBNCNotifications@peritusservices.com | Feb 05 2021 02:37:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14398115 | Email/Text: ktramble@lendmarkfinancial.com | Feb 05 2021 02:37:00 | Lendmark Financial Services, 2118 Usher St Nw, Covington, GA 30014 |
| 14398116 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 05 2021 02:38:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 14398117 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 05 2021 02:38:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14420133 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 05 2021 02:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14528548 | Email/PDF: pa_dc_claims@navient.com | Feb 05 2021 03:05:21 | NAVIENT ED TRUST, c/o Navient Solutions, LLC, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14398122 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 05 2021 08:10:37 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14398123 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 05 2021 08:10:37 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 14427393 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 05 2021 08:10:37 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14401472 | Email/Text: bnc-quantum@quantum3group.com | Feb 05 2021 02:38:00 | Quantum3 Group LLC as agent for, JH Met Subsidiary B Liquidating Trust LL, PO Box 788, Kirkland, WA 98083-0788 |

Case 19-16193-pmm    Doc 68    Filed 02/06/21    Entered 02/07/21 00:47:08    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 04, 2021 | Form ID: pdf900 | Total Noticed: 62 |

| 14398124 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | | |
| | | | Feb 05 2021 02:38:00 | RMP Greensburg, Attn: Bankruptcy Dept, Po Box 349, Greensburg, IN 47240-0349 |
| 14398125 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | | |
| | | | Feb 05 2021 02:38:00 | RMP Greensburg, 1809 N Broadway St, Greensburg, IN 47240-8217 |
| 14398128 | + | Email/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com | | |
| | | | Feb 05 2021 02:38:00 | State Farm Bank, Attn: Bankrupcty, Po Box 2327, Bloomington, IL 61702-2327 |
| 14398129 | | Email/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com | | |
| | | | Feb 05 2021 02:38:00 | State Farm Bank, Attn Credit Reporting, Bloomington, IL 61702 |
| 14406518 | | Email/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com | | |
| | | | Feb 05 2021 02:38:00 | State Farm Bank, FSB, Attn: Bankruptcy Dept., PO Box 2328, Bloomington, IL 61702-2328 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14398132 | ##+ | Wind Gap Municipal Authority, The Molnar Law Offices, Routes 33 & 512, 6697 Sullivan Trail, Wind Gap, PA 18091-9790 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 06, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOHN MOLNAR | on behalf of Creditor Wind Gap Municipal Authority molnar@ptd.net G25801@notify.cincompass.com |
| KEVIN G. MCDONALD | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Lee Anne Waring support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com |
| PAUL H. YOUNG | on behalf of Debtor Thomas Waring support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-4    User: admin    Page 4 of 4
Date Rcvd: Feb 04, 2021    Form ID: pdf900    Total Noticed: 62

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: THOMAS WARING & | : | Chapter 13 |
| LEE ANNE WARING | : | |
| Debtor | : | Bky. No.  19-16193 PMM |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

 **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession  to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date: February 4, 2021**

*Patricia M. Mayer*
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE