**EXHIBIT A – TIME SHEET**
**FEE PETITION FOR THOMAS & LEEANE WARING**
**CASE NO. 19-16193**

**Hours for Paul Young, Esq.**

| Date | Description | Hours |
|---|---|---|
| 08/01/2019 | Phone appointment with client | .5 |
| 10/01/2019 | Review of petition to file | .2 |
| 10/03/2019 | Review of Motion to Extend Stay | .4 |
| 11/05/2019 | Review petition and schedules for filing | .3 |
| 11/16/2019 | Client Correspondence re 341 hearing | .2 |
| 12/20/2019 | Client Correspondence re 341 hearing | .2 |
| 02/20/2020 | Client Correspondence re 341 hearing | .2 |
| 03/04/2020 | Client Correspondence re Motion for Relief | .2 |
| 03/25/2020 | Telephonic appointment re Motion for Relief | .5 |
| 03/25/2020 | Draft Response to Motion for Relief | .7 |
| 04/15/2020 | Review of Stipulation on Motion for Relief | .3 |
| 04/15/2020 | Telephonic appointment re Stip on Motion for Relief | .5 |
| 05/07/2020 | Client Correspondence re 341 hearing | .2 |
| 06/01/2020 | Phone appointment with client re 341 hearing | .7 |
| 06/02/2020 | Appearance at 341 hearing | .4 |
| 06/23/2020 | Review of First Amended Plan & Schedules | .5 |
| 10/15/2020 | Telephonic Appointment re Certification of Default | .6 |
| 01/07/2021 | Court appearance on Confirmation & Motion | .3 |

6.9 @ $300 per hr.

**$2.070.00**

**Hours for Gail Marr, Esq.**

| | | |
|---|---|---:|
| 08/06/2019 | Meeting with client to prepare petition | 1.2 |
| 10/28/2019 | Meeting with client to review and sign petition | .8 |

———————————
2.0 @ $300 per hr.

**$600.00**

**Hours for Cameron Deane, Esq.**

| | | |
|---|---|---:|
| 02/02/2021 | Email correspondence re Motion to Dismiss | .4 |
| 02/04/2021 | Court appearance on Confirmation & Motion | .5 |
| 02/04/2021 | Telephone appointment re Dismissal | .6 |

———————————
1.5 @ $200 per hr.

**$300.00**

**Hours for Cameron Deane, Esq. (as paralegal through December 21, 2020)**

| | | |
|---|---|---:|
| 09/20/2019 | Preparation of Petition and Schedules | 1.1 |
| 10/01/2019 | ECF Filing of emergency petition | .3 |
| 10/03/2019 | Draft and filling of Motion to Extend Stay | .8 |
| 11/05/2019 | ECF Filing of remaining schedules | .6 |
| 11/05/2019 | Correspondence to Client regarding Plan Payment | .3 |
| 12/09/2019 | Telephone appointment with client re documents for 341 | .4 |
| 12/15/2019 | Accumulating, preparing, uploading of documents for for 341 Hearing | .9 |
| 03/23/2020 | Preparing, uploading of documents for 341 Hearing | .3 |

| Date | Description | Hours |
|---|---|---|
| 03/25/2020 | ECF Filing of Response to Motion for Relief | .2 |
| 06/23/2020 | Preparation of First Amended Plan & Schedules | .9 |
| 06/23/2020 | ECF Filing First Amended Plan & Schedules | .2 |
| 06/24/2020 | Email correspondence to Trustee re Confirmation | .3 |
| 08/27/2020 | Email correspondence re Motion to Dismiss | .2 |
| 10/15/2020 | ECF Filing objection to Certification of Default | .2 |
| 10/15/2020 | Email correspondence to opposing counsel on Default | .2 |

6.9 @ $100 per hr.

**$690.00**

**$3,660.00 Total**