**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Thomas and Lee Anne Waring,        :        Chapter 13
:
Debtors                                  :
:        Bky. No.  19-16193 PMM

# AMENDED ORDER

    **AND NOW**, **WHEREAS**:

A. The Debtor's counsel Paul H. Young ("the Applicant") has filed an Application for Allowance of Compensation (doc. no. 37, "the Application").

B. The Application is being considered following the dismissal of this case, consistent with <u>In re Lewis</u>, 346 B.R. 89 (Bankr. E.D. Pa. 2006).

C. The Applicant has certified that proper service has been made on all interested parties and that there has been no response filed.

D. The Debtor paid the Applicant $1,000.00 in compensation before the commencement of the case.

E. Reasonable and allowable compensation is allowed to the Applicant in the amount of $3,660.00. The Trustee is therefore authorized to pay counsel **$2,660.00** (the allowed amount minus the $1,000.00 paid to counsel pre-petition).

    It is therefore, **ORDERED** that:

1. The Application is **GRANTED**.

2. The Chapter 13 Trustee is authorized and directed to distribute the allowed amounts to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), all funds in his possession that are available for distribution to the Applicant.

Dated: February 17, 2021

                                      **PATRICIA M. MAYER**
                                      **U.S. BANKRUPTCY JUDGE**