United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-16193-pmm |
| Thomas Waring | Chapter 13 |
| Lee Anne Waring | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 17, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Thomas Waring, Lee Anne Waring, 1635 Alpine Drive, Pen Argyl, PA 18072-9742 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2021        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOHN MOLNAR | on behalf of Creditor Wind Gap Municipal Authority molnar@ptd.net G25801@notify.cincompass.com |
| KEVIN G. MCDONALD | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Lee Anne Waring support@ymalaw.com<br>ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com |
| PAUL H. YOUNG | on behalf of Debtor Thomas Waring support@ymalaw.com<br>ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Feb 17, 2021 | Form ID: pdf900 | Total Noticed: 1

SCOTT F. WATERMAN (Chapter 13)
        ECFMail@ReadingCh13.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Thomas and Lee Anne Waring,    :    Chapter 13
                                      :
        Debtors                :
                                      :    Bky. No.  19-16193 PMM

# AMENDED ORDER

    **AND NOW**, **WHEREAS**:

A. The Debtor's counsel Paul H. Young ("the Applicant") has filed an Application for Allowance of Compensation (doc. no. 37, "the Application").

B. The Application is being considered following the dismissal of this case, consistent with In re Lewis, 346 B.R. 89 (Bankr. E.D. Pa. 2006).

C. The Applicant has certified that proper service has been made on all interested parties and that there has been no response filed.

D. The Debtor paid the Applicant $1,000.00 in compensation before the commencement of the case.

E. Reasonable and allowable compensation is allowed to the Applicant in the amount of $3,660.00. The Trustee is therefore authorized to pay counsel **$2,660.00** (the allowed amount minus the $1,000.00 paid to counsel pre-petition).

    It is therefore, **ORDERED** that:

1. The Application is **GRANTED**.

2. The Chapter 13 Trustee is authorized and directed to distribute the allowed amounts to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), all funds in his possession that are available for distribution to the Applicant.

Dated: February 17, 2021

                                              **PATRICIA M. MAYER**
                                              **U.S. BANKRUPTCY JUDGE**