Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 19-16193-PMM**

Thomas Waring  
Lee Anne Waring  
1635 Alpine Drive  
Pen Argyl  PA    18072

Petition Filed Date: 10/01/2019  
341 Hearing Date: 12/17/2019  
Confirmation Date:

Case Status: Dismissed Before Confirmation on 2/ 4/2021

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/19/2020 | $3,200.00 | | 05/18/2020 | $820.00 | | 10/19/2020 | $3,622.00 | |
| 01/14/2021 | $1,401.00 | | 01/19/2021 | $1,401.00 | | | | |

**Total Receipts for the Period: $10,444.00   Amount Refunded to Debtor Since Filing: $7,722.58   Total Receipts Since Filing: $11,264.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Thomas Waring | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $2,660.00 | $2,660.00 | $0.00 |
| 0 | Thomas Waring | Debtor Refunds | $7,722.58 | $7,722.58 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,264.00 | Current Monthly Payment: | $1,401.00 |
| Paid to Claims: | $10,382.58 | Arrearages: | $0.00 |
| Paid to Trustee: | $881.42 | Total Plan Base: | $77,111.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.